**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CHARLES WOLSKI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-13-3378 |
| § | |
| KDP & SONS COMPANY II, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 14). The motion is granted. The initial pretrial and scheduling conference is reset to **April 8, 2014, at 1:30 p.m.**  The joint discovery/case management plan is due by April 1, 2014.

SIGNED on March 13, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge