# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES WOLSKI, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-13-3378 |
| KDP & SONS COMPANY II, INC, *et al.*, | § | |
| Defendants. | § | |

## ORDER

Counsel for the defendant has filed a motion to compel, (Docket Entry No. 21). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. E-mail Mrs. Eddins at (713) 250-5213 or Lisa_Eddins@txs.uscourts.gov to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference. To the extent the proposed motion can be disposed of at the premotion conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be set out at the conference.**

This motion is stricken. A premotion conference to address the subject matter of the motion is set for **December 1, 2014, at 8:15 a.m.** in Courtroom 11-B.

SIGNED on November 14, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge